| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Julius Johnson Esq. 96407<br>The Law office of Julius Johnson & Association<br>2476 Lake Ave.<br>Altadena, CA 91001<br>Phone:626-797-1186<br>Email: 626-797-1186<br>California State Bar Number: 96407 | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Marian Kain**

Debtor(s).

CASE NO.:
CHAPTER: 13

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 2, 2019**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **October 2, 2019**

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                F 1007-1.MAILING.LIST.VERIFICATION

Wells Fargo Dealer Services
15750 Alton Parkway
Irvine, CA 92618

The Bank of NY Mellon, TR
345 Saint Peter St
Saint Paul, MN 55102