**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING
# IMPORTANT: *Time Change*

| IN RE: | CHAPTER 13 |
|---|---|
| MARIAN KAIN | CASE NO.: LA19-21659-SK |
| DEBTOR(S) | **NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**<br><br>DATE:  November 8, 2019<br>TIME:  11:00 am<br>PLACE: 915 Wilshire Boulevard<br>           Suite 1050 – ROOM 1<br>           LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  10/23/19**

*(signature)*
**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **MARIAN KAIN** | CHAPTER: 13<br><br>CASE NUMBER: **LA19-21659-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 10/23/19, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class , postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct .

| 10/23/19 | Katherine Bamaca | *Katherine Bamaca* (signature) |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re **MARIAN KAIN** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA19-21659-SK** |

## Service List

Julius Johnson
The Law Offices of Julius Johnson
2476 N Lake Ave
Altadena, CA 91001

Kathy A Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017

Kia Motors Finance
Po Box 20825
Fountain Valley, CA 92728

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

MARIAN KAIN
4670 WEST 62ND PLACE
LOS ANGELES, CA 90043

PYOD, LLC
RESURGENT CAPITAL SERVICES
PO Box 19008
GREENVILLE, SC 29602

The Bank of New York
1600 Newport Center Dr
Newport Beach, CA 92660

The Bank of NY Mellon, TR
345 Saint Peter St
Saint Paul, MN 55102

THE LAW OFFICES OF JULIUS JOHNSON &
ASSOCIATES INC
2476 N LAKE AVENUE
ALTADENA, CA 91001

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Wells Fargo Dealer Services
15750 Alton Parkway
Irvine, CA 92618

Wells Fargo Vendor Finance
1010 Thomas Edison Blvd
Cedar Rapids, IA 52404

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                                F 9013-3.1